People v Wilson (2024 NY Slip Op 05672)

People v Wilson

2024 NY Slip Op 05672

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ.

624 KA 23-01105

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
ANDREW M. WILSON, DEFENDANT-APPELLANT. 

THOMAS L. PELYCH, HORNELL, FOR DEFENDANT-APPELLANT.
BRITTANY GROME ANTONACCI, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered June 1, 2023. The judgment convicted defendant upon a guilty plea of aggravated family offense. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: On appeal from a judgment convicting him upon his plea of guilty of aggravated family offense (Penal Law § 240.75), defendant contends that County Court erred in imposing an enhanced sentence based upon defendant's postplea conduct. Because defendant did not object to the enhanced sentence or move to withdraw his guilty plea or to vacate the judgment of conviction, he failed to preserve that contention for our review (see People v Roberto, 224 AD3d 1367, 1368 [4th Dept 2024]; People v Bishop, 198 AD3d 1381, 1382 [4th Dept 2021], lv denied 37 NY3d 1095 [2021]). We reject defendant's contention that the enhanced sentence is unduly harsh and severe.
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court